November 17, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

GEORGE FLEMING AND FLEMING & ASSOCIATES, LLP, Appellants

NO. 14-14-00202-CV                              V.

THE KIRKLIN LAW FIRM, P.C., CHARLES KIRKLIN, AND STEPHEN KIRKLIN, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, The Kirklin Law Firm, P.C., Charles Kirklin, and Stephen Kirklin, signed December 9, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.